# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cv-94-FDW

| | |
|---|---|
| JONATHAN ANTHONY LEE TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NATHAN BALL, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Motion to Relieve NCPLS of Appointment, (Doc. No. 19). NCPLS's Motion will be granted and *pro se* Plaintiff will be responsible for conducting discovery on his own behalf pursuant to the deadlines set forth in the Pretrial Order and Case Management Plan, (Doc. No. 17).

**IT IS ORDERED** that the Motion to Relieve NCPLS of Appointment, (Doc. No. 19), is **GRANTED**.

Signed: February 3, 2020

_____
Frank D. Whitney
Chief United States District Judge